# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Trading Central Canada, Inc.,** | : |
| Plaintiff, | : Case No. 2:24-cv-02535-ALM-CMV |
| v. | : Judge Algenon L. Marbley |
| **TradingView, Inc.,** | : Magistrate Judge Chelsey M. Vascura |
| Defendant. | : |

## ORDER

This matter comes before this Court on Defendant TradingView, Inc.'s motion to dismiss for failure to state a claim (ECF No. 17). On January 15, 2025, the parties notified this Court that they have reached a settlement in principle. (ECF No. 29). In light of the settlement notice (ECF No. 29) and the parties' ongoing efforts to finalize the settlement terms (ECF No. 31), this Court denies the pending motion to dismiss (ECF No. 17) as moot, without prejudice to renewal in the event that settlement is not consummated.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED:  February 26, 2025