UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRADING CENTRAL CANADA, INC., | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-02535-ALM-CMV |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| TRADINGVIEW, INC., | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

This matter comes before this Court on Plaintiff Trading Central Canada, Inc. and Defendant TradingView, Inc.'s Stipulation and Joint Motion to Dismiss with Prejudice. (ECF No. 42). Having considered the parties' submissions, this Court **GRANTS** the Joint Motion and **ORDERS** as follows:

- All claims by Trading Central shall be dismissed with prejudice.

- All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

- This Court retains jurisdiction of the case with respect to enforcing any terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:  June 25, 2025**

1